FILED

2012 Oct-04 PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     Date of Delivery

1. Article Addressed to:

Kinderhook Capital Fund II, L.P.
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808

2012 OCT -4 A 11: 7

U.S. DISTRICT COURT
N.D. OF ALABAMA

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1:12-CV-244-VEH

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)

7011 2970 0000 5947 9849

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kinderhook Industries, LLC
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808

1:12-CV-244-VEH

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
X _____  ☐ Addressee

B. Received by ( Printed Name)    Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

U.S. D...
N.D...

ALABAMA

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7011 2970 0000 5947 9832

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540