FILED
2012 Oct-22 PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **DAVID MIMS and DONNA MIMS,** | ) |
| **Plaintiffs,** | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) CIVIL ACTION NO.: 12-244 |
| **WAL-MART STORES, INC.; BLITZ** | ) **(VEH)** |
| **U.S.A., INC.; KINDERHOOK CAPITAL** | ) |
| **FUND II, L.P., and KINDERHOOK** | ) |
| **INDUSTRIES, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## CORPORATE DISCLOSURE STATEMENT OF
## KINDERHOOK CAPITAL FUND II, L.P.
## AND KINDERHOOK INDUSTRIES, LLC

Kinderhook Capital Fund II, L.P. and Kinderhook Industries, LLC, Defendants in the above styled and numbered proceeding, file this Corporate Disclosure Statement in compliance with Rule 7.1 of the Federal Rules of Civil Procedure, respectfully representing as follows:

1.   Kinderhook Capital Fund II, L.P. is a Delaware limited partnership. Kinderhook Capital Fund II, L.P. has no parent corporation.  No publicly held corporation has an investment of 10% or more in Kinderhook Capital Fund II, L.P.

2.   Kinderhook Industries, LLC is a is a privately held Delaware limited liability company.  Kinderhook Industries, LLC has no parent corporation.  No

206123.4

2

publicly held corporation has an investment of 10% or more in Kinderhook Industries, LLC.

Dated:      October 22, 2012

| **FRESHFIELDS BRUCKHAUS DERINGER US LLP** | **WALLER LANSDEN DORTCH & DAVIS, LLP** |
|---|---|
| | /s/ Larry B. Childs                    |
| Timothy P. Harkness (admission pending) | Larry B. Childs |
| Pamila Gudkov (admission pending) | Brian J. Malcom |
| 601 Lexington Avenue | 1901 Sixth Avenue N., Suite 1400 |
| New York, NY 10022 | Birmingham, AL. 35203-2623 |
| Tel: (212) 277-4000 | Tel:  (205) 226-5701 |
| Fax: (212) 277-4001 | |

*Attorneys for Defendants Kinderhook Capital Fund II, L.P. and Kinderhook Industries, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification to the following:

Glenda G. Cochran, Esq.
COCHRAN & ASSOCIATES
310 North 21st Street North, Suite 500
Birmingham, Alabama 35203
E-mail: gc@glendacochran.com

Stacey Strain, Esq.
Jeffrey P. Hubbard, Esq.
Hubbard, Mitchell, Williams & Strain, PLLC
1062 Highland Colony Parkway, Suite 222
Ridgeland, Mississippi 39157

This the 22nd day of October, 2012.

        /s/ Brian J. Malcom
        Of Counsel