**Harris, Kimberly**

| | |
|---|---|
| **From:** | Jo Smith [js@glendacochran.com] |
| **Sent:** | Monday, October 15, 2012 4:31 PM |
| **To:** | Harris, Kimberly |
| **Cc:** | Fox, Warner S.; Jeff Hubbard; Stacey Strain; Glenda Cochran; Matthew Moneyham |
| **Subject:** | RE: Mims Document Production |

Thanks, Kim.  I appreciate your assistance with all of this!

Jo Smith
Paralegal



**GLENDA COCHRAN
ASSOCIATES
ATTORNEYS AT LAW**

Suite 500
310 North Richard Arrington Jr. Blvd.
Birmingham, AL  35203
205.328.5050

**From:** Harris, Kimberly [mailto:kharris@hptylaw.com]
**Sent:** Monday, October 15, 2012 3:07 PM
**To:** Jo Smith
**Cc:** Fox, Warner S.; Jeff Hubbard; Stacey Strain
**Subject:** Mims Document Production


I am writing to provide my contact and email information in case there are any difficulties with downloading and to confirm that I am forwarding via overnight delivery a DVD set containing the following .tif production sets:

PROD005374RR.zip
PROD005393R.zip
PROD005398R_Part-1_of_4.zip
PROD005398R_Part-2_of_4.zip
PROD005398R_Part-3_of_4.zip
PROD005398R_Part-4_of_4.zip
PROD005409R.zip
PROD005416R.zip
PROD005459.zip
PROD005460.zip

I also wanted to memorialize our conversation regarding the data file contained in each production set labeled INDEX.xlsx, within which is a metadata field - tagging. When the image and correlating metadata information are loaded onto a software review platform, your office will be able to identify the documents responsive to the specific request by viewing the tagging field and referencing the information contained in Exhibit A which identifies which specific Request for Production the document(s) is/are responsive.

I have spoken to our e-discovery vendor and have ordered Summation .dii load files which I will email once received in the next few days. Please let me know if there is are any difficulties or anything else I can assist with in this matter.


11/26/2012

EXHIBIT B

Kimberly A. Harris
Litigation Paralegal
**Hawkins Parnell**
    **Thackston & Young LLP**
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, Georgia 30308-3243
D 404.614.7535
O 404.614.7400 | F 404.614.7500
kharris@hptylaw.com
www.hptylaw.com
Atlanta • Austin • Charleston • Dallas
Los Angeles • St. Louis • San Francisco

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received.

IRS CIRCULAR 230 Disclosure: Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

11/26/2012