# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **DAVID MIMS and DONNA MIMS,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **Case No. 1:12-CV-00244-VEH** |
| v. | ) |
| | ) |
| **WAL-MART STORES, INC.;** | ) |
| **BLITZ U.S.A, INC.; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## CROSS NOTICE OF VIDEOTAPED DEPOSITION OF THOMAS CRAY, INDIVIDUALLY AND AS CORPORATE REPRESENTATIVE OF NO-SPILL, INC. PURSUANT TO RULE 30(b)(6)

**TO:**  Glenda G. Cochran
Cochran & Associates
310 North 21st Street North, Suite 500
Birmingham, Alabama 35203
gc@glendacochran.com
Attorney for Plaintiffs

Larry B. Childs
Brian J. Malcom
1901 Sixth Avenue N., Suite 1400
Birmingham, Alabama 35203
Attorneys for the Kinderhook Defendants

Timothy P. Harkness
Pamila Gudkov
601 Lexington Avenue
New York, New York 10022
Attorneys for the Kinderhook Defendants

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the videotaped deposition of **THOMAS CRAY, individually and as corporate representative of No-Spill, Inc.,** will be taken on **Monday, December 10, 2012** beginning at 9:00 a.m. Central Time at Lathrop & Gage, 2345 Grand Boulevard, Suite 2200, Kansas City, Missouri 64108.

Please take further notice that as designated Corporate Representative of No-Spill, Inc., Mr. Cray will be asked to testify as to the matters set forth in Exhibit A.

This deposition will be taken before a notary public, or some other officer authorized to administer oaths at the location listed above.  Said deposition will continue from day to day at said place until completed.

You are hereby invited to appear at said time and place and take such part in the examination as you deem appropriate.

This the 4th day of December, 2012.

        Respectfully submitted,
        WAL-MART STORES, INC.

        BY: /s/ Stacey L. Strain_____
           STACEY L. STRAIN (ASB-1733T77S)

OF COUNSEL:
STACEY L. STRAIN (ASB-1733T77S)
HUBBARD, MITCHELL, WILLIAMS & STRAIN, PLLC
1062 Highland Colony Parkway, Suite 222
Ridgeland, Mississippi 39157
Post Office Box 13309
Jackson, Mississippi 39236
Telephone: 601-707-3533
Facsimile: 601-898-2726
strain@hubbardmitchell.com

## CERTIFICATE OF SERVICE

I, Stacey L. Strain, as attorney for Defendant Wal-Mart Stores, Inc. do hereby certify that I have this day served a true and correct copy of the above and foregoing by ECF filing upon:

Glenda G. Cochran
Cochran & Associates
310 North 21st Street North, Suite 500
Birmingham, Alabama 35203
gc@glendacochran.com
Attorney for Plaintiffs

Larry B. Childs
Brian J. Malcom
1901 Sixth Avenue N., Suite 1400
Birmingham, Alabama 35203
Attorneys for the Kinderhook Defendants

Timothy P. Harkness
Pamila Gudkov
601 Lexington Avenue
New York, New York 10022
Attorneys for the Kinderhook Defendants

This the 4th day of December, 2012.

               /s/ Stacey L. Strain_____
               STACEY L. STRAIN