## **EXHIBIT A**

1. When No-Spill began manufacturing plastic portable consumer gasoline containers, and its size and number of employees;

2. No-Spill's portable plastic consumer gasoline container design, the screen in its spout, and the average retail cost by size;

3. Communications with Plaintiffs litigation expert Glen Stevick; and

4. Communications with Wal-Mart buyer Ryan Underwood from 2011 to the present.