FILED
2012 Dec-05  PM 01:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **DAVID MIMS and DONNA MIMS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case No. 1:12-CV-00244-VEH** |
| **v.** ) | |
| ) | |
| **WAL-MART STORES, INC.;** ) | |
| **BLITZ U.S.A, INC.; et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**<u>NOTICE OF WITHDRAWAL OF CROSS NOTICE OF VIDEOTAPED
DEPOSITION OF THOMAS CRAY, INDIVIDUALLY AND AS
CORPORATE REPRESENTATIVE OF NO-SPILL, INC. PURSUANT
TO RULE 30(b)(6)</u>**

PLEASE TAKE NOTICE, that Wal-Mart Stores, Inc. hereby withdraws their Cross Notice of Videotaped Deposition of Thomas Cray, Individually and as Corporate Representative of No-Spill, Inc. Pursuant to Rule 30(b)(6) [Doc. 52].

This the 5th day of December, 2012.

Respectfully submitted,
WAL-MART STORES, INC.

BY: /s/ Stacey L. Strain_____
    STACEY L. STRAIN (ASB-1733T77S)

OF COUNSEL:
STACEY L. STRAIN (ASB-1733T77S)
HUBBARD, MITCHELL, WILLIAMS & STRAIN, PLLC
1062 Highland Colony Parkway, Suite 222
Ridgeland, Mississippi 39157
Post Office Box 13309
Jackson, Mississippi 39236
Telephone: 601-707-3533
Facsimile: 601-898-2726
strain@hubbardmitchell.com

## CERTIFICATE OF SERVICE

I, Stacey L. Strain, as attorney for Defendant Wal-Mart Stores, Inc. do hereby certify that I have this day served a true and correct copy of the above and foregoing by ECF filing upon:

Glenda G. Cochran
Cochran & Associates
310 North 21st Street North, Suite 500
Birmingham, Alabama 35203
Attorney for Plaintiffs

Larry B. Childs
Brian J. Malcom
1901 Sixth Avenue N., Suite 1400
Birmingham, Alabama 35203
Attorneys for the Kinderhook Defendants

Timothy P. Harkness
Pamila Gudkov
601 Lexington Avenue
New York, New York 10022
Attorneys for the Kinderhook Defendants

This the 5th day of December, 2012.

/s/ Stacey L. Strain
STACEY L. STRAIN