FILED
2013 Jan-22  AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DAVID MIMS and DONNA MIMS,** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) **Case No.: 1:12-CV-244-VEH** | |
| v. ) | |
| ) | |
| **WAL-MART STORES, INC.; et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER EXTENDING STAY OF DEADLINES

At the request of the parties, a scheduling/status conference was held on January 22, 2013. In light of the matters discussed at that conference, the stay of deadlines previously entered in this case is hereby extended pending further order of this court. (*See* Margin Order dated 12/12/2012).

A scheduling/status conference is hereby set for **Friday, March 1, 2013**, beginning at 3 p.m., in chambers of the undersigned. No later than **February 25, 2013**, the parties shall confer and shall file with the court an updated Report of Parties Planning Meeting as to matters for consideration by the court at the March 1 scheduling conference, including but not necessarily limited to proposed new deadlines (limited to deadlines that had not expired as of December 12, 2012).

**DONE** and **ORDERED** this the 22nd day of January, 2013.

                                                  **VIRGINIA EMERSON HOPKINS**
                                                  United States District Judge