FILED
2013 Feb-14 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **DAVID MIMS and DONNA MIMS,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 1:12-CV-244-VEH |
| v. | ) |
| | ) |
| **WAL-MART STORES, INC.; et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

The court has dismissed Defendant Kinderhook Capital Fund II, L.P. and Defendant Kinderhook Industries, LLC from this action without prejudice. (See Doc. 57.) Therefore, the clerk is **DIRECTED** to **TERM** Doc. 38.

**DONE** and **ORDERED** this the 14th day of February, 2013.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge