# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DAVID MIMS and DONNA MIMS,** | ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) **Case No.: 1:12-CV-244-VEH** |
| v. | ) <br> ) |
| **WAL-MART STORES, INC.; et al.,** | ) <br> ) |
| **Defendants.** | ) |

## ORDER

Pending before the court is the parties' Joint Motion To Suspend Amended Scheduling Order Pending Finalization of Settlement (doc. 62). The court finds that the Motion is due to be, and is hereby, **GRANTE**D. Accordingly, the court hereby **STAYS** this action, as well as all pending deadlines, until August 30, 2013. If the parties do not file, on or before August 30, 2013, a Joint Motion To Dismiss with Prejudice or a Stipulation of Dismissal, then they are hereby **ORDERED** to file with the court, no later than September 3, 2013, a status report showing why the stay in this case should not be lifted and an Amended Scheduling Order entered at that time.

**DONE** and **ORDERED** this 28th day of May, 2013.

						_____
						**VIRGINIA EMERSON HOPKINS**
						United States District Judge