FILED
2013 Sep-03 PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **DAVID MIMS and DONNA MIMS,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case No.: 1:12-CV-244-VEH |
| v. | ) |
| | ) |
| **WAL-MART STORES, INC.; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER EXTENDING STAY OF DEADLINES

The parties have filed a Status Report Regarding Finalization of the Settlement in Principal. (Doc. 64). In light of the matters discussed in that Report, the stay of deadlines previously entered in this case is hereby extended pending further order of this court.

A scheduling/status conference is hereby set for **Friday, March 7, 2014**, beginning at **noon**, in chambers of the undersigned. No later than **February 28, 2014**, the parties shall confer and shall file with the court an updated Status Report.

**DONE** and **ORDERED** this the 3rd day of September, 2013.

*/s/ Hopkins*

**VIRGINIA EMERSON HOPKINS**
United States District Judge