FILED
2014 Jun-09 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID MIMS, et al,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL CASE NO.:** |
| | ) | **1:12-CV-244-VEH** |
| | ) | |
| **WAL-MART STORES, INC., et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER DISMISSING CASE

All parties hereto have filed a Joint Stipulation of Dismissal With Prejudice, (doc. 68). Therefore, the court **ORDERS** that this action and all claims contained herein are **DISMISSED WITH PREJUDICE,** subject to the right of any party to seek to reopen within sixty (60) days, upon good cause shown, or submit a stipulated form of final judgment. Further, the court RETAINS jurisdiction to enforce the settlement agreement reached between the parties. Costs are taxed as paid.

**DONE** and **ORDERED** this 9th day of June, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge